**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6887**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JEAN RAYMOND,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Charleston. Solomon Blatt, Jr., Senior District Judge. (CR-95-155, CA-99-2376-9)

———————————

Submitted: November 30, 2000          Decided: January 8, 2001

———————————

Before WILKINS, MICHAEL, and MOTZ, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Jean Raymond, Appellant Pro Se. Mary Gordon Baker, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jean Raymond seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Raymond's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Raymond, Nos. CR-95-155; CA-99-2376-9 (D.S.C. June 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED